# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JOHNSON, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONVERGENT OUTSOURCING, ) <br> INC.; JEFFERSON CAPITAL ) <br> SYSTEMS, LLC; and DOES 1 through ) <br> 10, inclusive, ) <br> ) <br> _____ ) | Case No. 2:17-cv-01397-SVW-JPR <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> JS-6 |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs. IT IS SO ORDERED

DATE: May 12, 2017        BY: _____
                                                STEPHEN V. WILSON
                                                UNITED STATES DISTRICT JUDGE